# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Sadhish K. Siva

                                 Plaintiff,

v.                                                     Case No.: 1:19–cv–01407
                                                        Honorable Jorge L. Alonso

American Board of Radiology

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 17, 2020:

       MINUTE entry before the Honorable Jorge L. Alonso: Defendant's motion to dismiss Plaintiff's first amended complaint [56] is taken under advisement. Plaintiff's response shall be filed by 4/14/20. Defendant's reply shall be filed by 4/28/20. The Court will rule electronically. Motion and status hearing date of 3/18/20 is stricken. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.