# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sadhish K. Siva

                                     Plaintiff,

v.                                                 Case No.: 1:19–cv–01407

                                                               Honorable Jorge L. Alonso

American Board of Radiology

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 25, 2021:

        MINUTE entry before the Honorable Jorge L. Alonso: On 1/8/21, this Court dismissed plaintiff's First Amended Complaint, with leave to file an amended complaint by 2/5/21. That deadline has long since passed, and plaintiff never filed any amended complaint. Accordingly, this case is dismissed without prejudice, on the understanding that plaintiff no longer wishes to pursue the matter in this Court. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.